UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

----------

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>MICHAEL JOHN BATT<br><br>      Defendant. | Case No.: 1:22-cr-154<br><br>PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

TO:   HONORABLE SALLY J. BERENS
       UNITED STATES MAGISTRATE JUDGE
       WESTERN DISTRICT OF MICHIGAN

     Now comes Patrick J. Castle, Assistant United States Attorney for the Western District of Michigan, and attorney for the petitioner, and brings this Petition for Writ of Habeas Corpus Ad Prosequendum, and in support thereof respectfully states unto this Honorable Court as follows:

     1.     That on or about October 25, 2022, an Indictment was returned against defendant charging him/her with

     2.     That the defendant is presently incarcerated at the Ottawa County Jail, and that he cannot be produced and appear before this Court for a hearing on October 28, 2022 without an order of this Court.

     WHEREFORE, your petitioner prays that a Writ of Habeas Corpus Ad Prosequendum may issue out of the Court directed to the Sheriff, the Ottawa County Jail, and to each and all of his assistants, to surrender the said defendant to the United States Marshal for the Western

District of Michigan, or his deputies, or any federal agent for transportation to Grand Rapids, Michigan, and further directing the United States Marshal for the Western District of Michigan, and his deputies, to have the said defendant before this Court at Grand Rapids, Michigan, and at such other times and dates as the Court may decree, on October 28, 2022 at 3:00 p.m. and after the conclusion of this case that said defendant be returned to the Sheriff, the Ottawa County Jail.

    MARK A. TOTTEN
    United States Attorney

    _____
    PATRICK J. CASTLE
    Assistant United States Attorney

## ORDER

Let a Writ of Habeas Corpus Ad Prosequendum issue as prayed for in the foregoing petition, returnable October 28, 2022, at 3:00 p.m. for an initial appearance before the Honorable Sally J. Berens in Grand Rapids, Michigan.

Dated:  October 28, 2022      /s/ Sally J. Berens
                                            SALLY J. BERENS
                                            U.S. Magistrate Judge