UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL JOHN BATT,

    Defendant.
_____/

Case No. 1:22-cr-154

HON. JANET T. NEFF

### CRIMINAL CASE MANAGEMENT ORDER

**IT IS HEREBY ORDERED**:

1. <u>TRIAL DATE AND SETTING</u>: The trial in this matter shall commence on **December 27, 2022 at 9:00 a.m.**, at the United States District Court, 110 Michigan St., N.W., Suite 401, Grand Rapids, Michigan. **Counsel and defendant shall be present in the courtroom at 8:30 am to address any preliminary matters**. A copy of Judge Neff's Information and Guidelines for Criminal Practice is available on the Court's website ([www.miwd.uscourts.gov](www.miwd.uscourts.gov)).

2. <u>FINAL PRETRIAL CONFERENCE DATE</u>: A final pretrial conference shall be held on **December 20, 2022 at 2:30 p.m.**, at the United States District Court, 110 Michigan St., N.W., Suite 401, Grand Rapids, Michigan. The attendance of the defendant at the final pretrial conference is required.

3. <u>MOTIONS</u>: All pretrial motions shall be filed no later than <u>November 22, 2022</u>. All motions in limine shall be filed no later than <u>November 29, 2022.</u> All pending motions shall be heard at the time of the pretrial conference.

4. <u>PRE-CONFERENCE FILINGS</u>: No later than <u>December 15, 2022</u>, counsel shall file the following in accordance with Judge Neff's Information and Guidelines for Criminal Practice on the Court's website (www.miwd.uscourts.gov):

    A. Trial briefs (optional with defendant);

    B. A joint statement of the case and statement of the elements of the charged offenses; and

    C. Proposed voir dire questions in jury trials. Counsel is advised to review the standard voir dire questions posed by the Court as stated in Attachment 2 of Judge Neff's Information and Guidelines for Criminal Practice.

5. <u>FINAL PRETRIAL CONFERENCE</u>: The parties shall:

    A. Advise the court of the status of any plea negotiations.

    B. Review jury selection procedure.

    C. Advise the court of the number of witnesses expected to be called and estimated length of trial.

    D. Disclose the identity of all expert witnesses, and agree (if possible) upon the qualifications of expert witnesses.

    E. Enter into stipulations of uncontested facts.

    F. Discuss any evidentiary or other legal issues that may arise during the course of trial.

    G. Agree upon admissibility of exhibits (if possible). The parties shall number and label their exhibits for identification prior to the final pretrial conference. Any party intending to introduce into evidence summaries pursuant to Fed. R. Evid. 1006 must make available at or before the final pretrial conference copies of all such summaries and duplicates of the supporting documents summarized.

    H. Discuss jury instructions. This Court uses the Sixth Circuit's Criminal Pattern Jury Instructions (West Publishing). See Judge Neff's Information and Guidelines for Criminal Practice on the Court's website (www.miwd.uscourts.gov).

6. <u>GUILTY PLEA</u>: If the defendant anticipates entering a guilty plea, the plea should be scheduled before the duty magistrate judge **no later than** one week prior to the date of the final pretrial conference. If the signed plea agreement has been filed, but the defendant has not entered a guilty plea prior to <u>December 15, 2022</u>, counsel remains obligated to timely file the final pretrial conference documents listed in paragraph 4.

In cases where a hearing for a plea of guilty is desired, counsel shall contact the duty magistrate to schedule the plea.

Dated: November 2, 2022        /s/ Janet T. Neff
                               JANET T. NEFF
                               United States District Judge