UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL JOHN BATT,

    Defendant.
_____/

Case No. 1:22-cr-154

HON. JANET T. NEFF

# AMENDED ORDER
## GRANTING ENDS OF JUSTICE CONTINUANCE

This matter is before the Court on Defendant Michael John Batt's request for at least a 75-day ends of justice continuance. The motion is unopposed. (*See* ECF No. 20). The final pretrial conference is set for December 20, 2022 and the jury trial is set for December 27, 2022. The request for a continuance was made to provide the parties with sufficient time to continue working towards a negotiated resolution in this matter or, in the alternative, prepare for trial. Defendant has consented to the request for a continuance (ECF No. 21).

The Court finds that the ends of justice served by the granting of a continuance outweighs the best interest of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv). Having considered the factors under § 3161(h)(7)(B) and the circumstances set forth in the motion, the Court finds that the additional time needed is warranted, and a miscarriage of justice would result absent the continuance. *See* 18 U.S.C. § 3161(h)(7)(B)(i),(B)(iv). Therefore,

**IT IS HEREBY ORDERED** that the Motion for Ends of Justice Continuance (ECF No. 19) is GRANTED.  All pretrial motions shall be filed no later than **March 28, 2023**. All Motions in Limine shall be filed no later than **April 11, 2023**.  Pre-conference filings shall be filed no later than **May 4, 2023**.  The final pretrial conference is rescheduled to **May 9, 2023 at 11:00 a.m.**  The jury trial is rescheduled to **May 16, 2023 at 9:00 a.m.**[1]


Dated: November 28, 2022                                    /s/ Janet T. Neff
                                                            JANET T. NEFF
                                                            United States District Judge

---

[1] Counsel and defendant shall be present in the courtroom at 8:30 am to address any preliminary matters.